**UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **4020 SYNOTT LLC,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | Civil Action No.  4:19-cv-3842 |
| | § | |
| **MESA UNDERWRITERS SPECIALTY** | § | |
| **INSURANCE COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |

**DEFENDANT MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY'S**
<u>**NOTICE OF REMOVAL**</u>

TO THE HONORABLE COURT:

Defendant Mesa Underwriters Specialty Insurance Company ("MUSIC") files this Notice

of Removal and respectfully shows the following.

**I.     THE COURT HAS DIVERSITY JURISDICTION**

**A.  The Sole Plaintiff and Sole Defendant are Diverse**

Removal is proper under 28 U.S.C. § 1446(a)(1) because there is complete diversity of

citizenship between Plaintiff and Defendant. For purposes of diversity of citizenship, 4020

Synott, LLC, is a citizen of the State of Texas because each member of the LLC is a citizen of

Texas. *See* Ex. 2 ¶3.   More specifically, 4020 Synott, LLC, is a domestic limited liability

company (LLC) formed under the laws of Texas with two members, Emran A. Khan and Azmal

A. Khan, and each member is a citizen of Texas, with a registered address in Houston, Texas.

MUSIC is a citizen of the State of New Jersey, being an insurance company formed in New

Jersey and having its principal place of business at 40 Wantage Ave., Branchville, New Jersey

07890. *See Hertz Corp. v. Friend*, 559 U.S. 77, 80 (2010) (holding corporations are a citizen of

the state in which they are incorporated and in the state in which their principal place of business is located). Based on the foregoing, the parties are completely diverse within the meaning of § 1332(a).

>  **B.  The Amount in Controversy Exceeds $75,000**

Plaintiff states that it seeks monetary relief of "over $100,000 but not more than $200,00" Ex. 2 ¶ 44. Therefore, the amount in controversy exceeds the $75,000 threshold required to invoke diversity jurisdiction. 28 U.S.C. § 1332(a); *see St. Paul Reinsurance Co., Ltd. v. Greenberg*, 134 F.3d 1250, 1253 (5th Cir. 1998) (noting the district court examines the complaint to determine whether it is facially apparent that the claim exceeds the jurisdictional minimum); *see also KVOS, Inc. v. Associated Press*, 299 U.S. 269, 277 (1936) (holding allegation in pleading is sufficient to establish amount in controversy).

**II.     VENUE IS PROPER**

Venue is proper in the United States District Court for the Southern District of Texas, Houston Division, under 28 U.S.C. §§ 124(c)(3), 1441 (a), and 1446(a) in that the Southern District of Texas, Houston Division encompasses Harris County, Texas and is "the district and division embracing the place where such action is pending."

**III.    THE REMOVAL SATISFIES SECTION 1446(a) AND LOCAL RULE CV-81**

Pursuant to 28 U.S.C. §1446(a) and Local Rule CV-81 attached hereto are: (1) an index of documents filed in the state court case that clearly identifies each document and indicates the date the document was filed (*see* Exhibit 4); (2) a copy of the docket sheet in the state court action (*see* Exhibit 3); (3) copies of each pleading that asserts a cause of action, answers to such pleadings, process, and orders filed in the state court action (*see* Exhibits 1 and 2); and (4) a civil cover sheet (Exhibit 5).

Pursuant to Local Rule CV-81, MUSIC provides the following information:

**A. All executed process**

*See* Exhibit 1.

**B. Pleadings asserting causes of action**

Plaintiff's Original Petition is attached hereto as Exhibit 2.

**C. Orders signed by the state judge**

None.

**D. Docket sheet**

The state court docket sheet is attached as Exhibit 3.

**E. Index of matters being filed**

An index of filings is attached as Exhibit 4.

**F. List of counsel of record involved in the case:**

Attorneys for Plaintiff, 4020 Synott, LLC:

Vincenzo J. Santini
State Bar No. 24064310
vince@vosslawfirm.com
The Voss Law Firm, P.C.
26619 Interstate 45 South
The Woodlands, Texas 77380

Attorneys for Mesa Underwriters Specialty Insurance Company

Stephen A. Melendi
State Bar No. 24041468
stephenm@tbmmlaw.com
Matthew Rigney
State Bar No. 24068636
mattr@tbmmlaw.com
Jeffrey S. Valliere
State Bar No. 24085154
jeffv@tbmmlaw.com

Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue, Suite 250 West
Dallas, TX 75204
Telephone: (214) 665-0100

Pursuant to 28 U.S.C. §1446(d), promptly after MUSIC files this Notice of Removal, written notice of the filing will be given to Plaintiff Synott, and a true copy of this Notice of Removal will be filed with the Clerk of the Harris County District Court, the state court from which this action was removed.

## IV.    PRAYER

This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a), and the matter was removed in accordance with section 28 U.S.C. §1446(a) and this Court's Local Rules. Accordingly, Defendant respectfully prays that the United States District Court for the Southern District of Texas, Houston Division, file the Notice of Removal, assume jurisdiction of this lawsuit, and issue all such further orders and processes as may be necessary.

Respectfully submitted,


/s/ Stephen A. Melendi
Stephen A. Melendi — Attorney in Charge
Texas Bar No. 24041468
Southern District No. 38607
stephenm@tbmmlaw.com
Matthew Rigney
State Bar No. 24068636
Southern District No. 2870042
Jeffrey S. Valliere
State Bar No. 24085154
Southern District No. 2879033
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue, Suite 250
Dallas, Texas 75204
Telephone:     214-665-0100
Facsimile:     214-665-0199
**ATTORNEYS FOR DEFENDANT MESA
UNDERWRITERS SPECIALTY INSURANCE
COMPANY**


## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of October 2019, I electronically filed the foregoing

with the Clerk of Court using the CM/ECF system, which will electronically send notification to

the following counsel of record.

**ATTORNEYS FOR PLAINTIFF**
Vincenzo J. Santini
vince@vosslawfirm.com
The Voss Law Firm, P.C.
26619 Interstate 45 South
The Woodlands, Texas 77380


/s/ Stephen A. Melendi
Stephen A. Melendi